UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE: SEIZURE OF THE FOLLOWING
PROPERTY SEIZED FROM DOMINIC DANIELS
ON OR ABOUT JUNE 25, 2025 IN BUFFALO,
NEW YORK:

25-MC-

$20,494.00 UNITED STATES CURRENCY;

$16,000.00 UNITED STATES CURRENCY; and

ASSORTED JEWELRY.

---

## STIPULATION TO EXTEND TIME
## TO INITIATE JUDICIAL FORFEITURE ACTION

The United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and Thomas Eoannou, Esq., attorney for Dominic Daniels, hereby stipulate and agree to extend the government's time period to commence a judicial forfeiture action of the above-captioned seized property from November 6, 2025 to 30 days after the entry of the final disposition of the criminal case, including any subsequent appeals, by criminal judgment, mandate, or other termination of proceedings in the related criminal action initiated by criminal complaint, United States v. Dominic Daniels, et al.,

1

(25-MJ-1331-JJM), pending in the Western District of New York, pursuant to Title 18, United States Code, Sections 983(a)(3)(A) and 983(a)(3)(C).

Dated: November _____, 2025

        MICHAEL DiGIACOMO
        United States Attorney
        Western District of New York

By: _____
        Mary Clare Kane
        Assistant United States Attorney
        138 Delaware Ave
        Buffalo, New York 14202
        (716) 843-5809
        Mary.Kane@usdoj.gov

Dated: November _____, 2025

By: _____
        Thomas Eoannou, Esq.
        484 Delaware Avenue
        Buffalo, New York 14202
        (716) 885-2889
        lawoffice484@yahoo.com
        Attorney for Dominic Daniels